A. H. DAVIS, Respondent, *v.* SMITH and McGILVERY, Appellants.

Where the evidence is conflicting, and might have warranted a verdict on either side, it is not the province of the Court to disturb the finding.

APPEAL from the Sixth Judicial District.

The opinion of the Court was delivered by

HEYDENFELDT, Justice.—This was an appeal from a refusal to grant a new trial.  The evidence is conflicting, and might have warranted a verdict on either side.  It is in such cases not the province of the Court to disturb the finding.  It is presumed that the jury or the Court had good reasons for giving more credence to the witnesses of the successful party.

Judgment is affirmed, with costs.